# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>KOSHA SHARMA a/k/a "Ma," a/k/a "Mama K,"<br>TARUN SHARMA a/k/a "Pop," a/k/a "Pa,"<br>RASHARD PERRISH SMITH, a/k/a "Sean," a/k/a "B," a/k/a "B-More," a/k/a "Baltimore,"<br>JOSHUA RODERICK, a/k/a "Josh," and<br>MARGO WALDON PIERCE, a/k/a "Marko"<br>*Defendant(s)* | Case No. 1:26-MJ-1<br><br>**UNDER SEAL** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of 04/2024 thru and including 12/2025 in the city/county of Dumfries in the Eastern District of Virginia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and 846 | Conspiracy to Distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.
Reviewed by AUSA/SAUSA

*Lena Highland*
*Complainant's signature*

AUSA Catherine Rosenberg
*Printed name and title*

FBI Special Agent Lena Highland
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: 01/08/2026

Digitally signed by Ivan Davis
Date: 2026.01.08 15:42:54 -05'00'
*Judge's signature*

City and state: Alexandria, Virginia

The Honorable Ivan D. Davis, U.S. Magistrate Judge
*Printed name and title*