AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| SHARMA, KOSHA | ) Case No. 1:26-MJ-1 |
| Defendant | ) |

FILED IN OPEN COURT
JAN 23
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 1/23/26

_____
Defendant's signature

_____
Signature of defendant's attorney

Willie Mejia     VSB 93669
_____
Printed name and bar number of defendant's attorney

Patrick Anderson Law Firm, 333 N. Fairfax Street, #310
Alexandria, VA 22314
_____
Address of defendant's attorney

wmejia@pnalaw.com
_____
E-mail address of defendant's attorney

703 519 7100
_____
Telephone number of defendant's attorney

703 519 7104
_____
FAX number of defendant's attorney